HAROLD C. AVE, Appellant, *v.* THOMAS J. DORSEY, Respondent.

(Argued June 3, 1930; decided June 13, 1930.)

*Cyrus B. Austin* for appellant.

*Edward S. Dore* and *William L. Wemple* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, •with costs in all courts; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.